■ Bedford Gardens Company v Marcus. [640 NYS2d 750]

Concur—Murphy, P. J., Sullivan, Milonas, Rosenberger and Ellerin, JJ.

■ In the Matter of Seymour Breiterman, a Suspended Attorney. [640 NYS2d 750] No opinion. Concur—Murphy, P. J., Sullivan, Wallach, Kupferman and Ross, JJ.

■ In the Matter of Steven R. Wechsler (Admitted as Steven Robert Wechsler), a Disbarred Attorney. [640 NYS2d 750] No opinion. Concur—Sullivan, J. P., Wallach, Kupferman, Ross and Nardelli, JJ.

■ In the Matter of Svi Zer, a Suspended Attorney. [640 NYS2d 750] No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Ross and Williams, JJ.